

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
MAR 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Reginald Brewer

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

City Chicago

Johnson 17034

Habiak 9971

Sergit Name Unknown

08CV1556
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE KEYS

Case 1. _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Reginald Brewer

   B. List all aliases: _____

   C. Prisoner identification number: 2007 0062617

   D. Place of present confinement: Cook County Jail

   E. Address: PO Box 089002, Chicago IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Johnson 17034
      Title: Chicago police officer
      Place of Employment: The District

   B. Defendant: Holbick 9921
      Title: Chicago police officer
      Place of Employment: The District

   C. Defendant: Sargit who came the scene
      Title: Sgt who came Aug-18-07
      Place of Employment: The District

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: 08C — 0846

B. Approximate date of filing lawsuit: Feb-8-8

C. List all plaintiffs (if you had co-plaintiffs), including any aliases:
Reginald Brewer

D. List all defendants: Cermak Health Services

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F. Name of judge to whom case was assigned: Cot

G. Basic claim made: Didnt Medical help Also got TB were was not give meds Ricnt lein That did gihz them too m—

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): still pending

I. Approximate date of disposition: not sure

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The Night of Aug-18-07 I was pulling up at 76 Raewes Colowies Liquer Store wow the two cob was bind about 5 car behind I saw Kool Aid The Stock Man who work in the Store me and was Talking the Polices was not that night pull ever other car T.K. If she walk up wow the park lot is full of people The plice pull up to the light like they are going south Bound 79 I am park going east Bound the right turn sem Kool Aid say he going home he git about 20 feet away the cop turn in the lot He back 9921 Jumes out Running and gorw Kool Aid by the neck chooking him Johson walk up too me and ask me for ij was I insures I say He Right I had been their park alredy Right the say for git the I say in the Tuck He you can git them Herbick look up and see me and state Ressie Heiz we again? I say what Do you mean

Here we go agin I what Do you mean Here go agin wich Toy wait out him wow He Bring Kool Aid over To wait me And Johson are at They Just Stand go in To our picket puting out Just our Glass Cup wich notice of 4-14 Armes Right had us Taken off your Shoes Stand on one leg So Habiak Tell Johson su mith now he light on mat man pushing Me Their was no Dung found on us ok was That's Now. That W hillen has in us Stand in open court un of h. 2 Times This will make The Third Time I Told Them That I was in a Bad Car accident Sept 7-07 That I had a walk cane That I need Johson Told me Too Shut up my piees of Shirt push me in my Back agin He want Too Stand Stra up I could not Do it with That Made us Take off our our socks This is Sum Bull Shit Johson Took his Pot Room hit me in my Back Tiwase to Tell Them Too git me a Shgit out Here Habiak Stated That one was on That way Now Habiak want in my Tuck And got sumting I stand say help help go git my ulsh Tell him Too brine void Tape

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Win The ScGit git Thair he was Told Somthing ow The Raider They Search us ayin win The was The it Found Nuting new They want Too Search my Truck nuthering Now They want Too Search my Car pull over I say Ha I Told Them in Rollen To Search all Cars The Polices. Ster wall up Their you what going 4 hillson Police Assault And Tot Lie say I Had Duos

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __Mar__ day of __1__, 20_8_


__Reginand Brewer__
(Signature of plaintiff or plaintiffs)

__Regionald Brewer__
(Print name)

__260700 6267__
(I.D. Number)

__Cook County Jail__

__po Box 089002__

__chicago IL 60608__
(Address)