# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1556 | **DATE** | 4/2/2008 |
| **CASE TITLE** | Reginald Brewer (#2007-0062617) vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's motion for leave to proceed in forma pauperis [3] is denied. Plaintiff is given until April 28, 2008, to pay the required filing fee or file an accurately and properly completed in forma pauperis application form. Plaintiff is warned that failure to pay the filing fee or file an accurately and properly completed in forma pauperis application form by April 28, 2008, will result in the dismissal of the instant action.

■[ For further details see text below.]   Docketing to mail notices.

## STATEMENT

     This matter is before the court on Plaintiff Reginald Brewer's ("Brewer") motion for leave to proceed *in forma pauperis*. Brewer has not properly completed his *in forma pauperis* application form to allow the court to properly adjudicate his request. First, Brewer has not provided the date of his last employment, his previous monthly salary or wages, or the name and address of his last employer. In response to the question on the *in forma pauperis* application form requesting this information, Brewer has provided only illegible markings. (IFP Par. 2). Brewer has also checked the "No" box, indicating that he has not received more than $200 from any source in the past twelve months and that he has no assets. (IFP Par. 3). However, a certificate from the correctional institution where Brewer is incarcerated indicates that Brewer received monthly deposits in his prison trust account averaging $50.00 per month over the last six months. Therefore, Brewer has not submitted correct information on his *in forma pauperis* application form. Thus, Brewer has not properly completed his *in forma pauperis* application form and we deny Brewer's motion for leave to proceed *in forma pauperis*. Brewer is given until April 28, 2008, to pay the required filing fee or file an accurately and properly completed *in forma pauperis* application form. Brewer is warned that failure to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by April 28, 2008, will result in the dismissal of the instant action.