Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1556 | **DATE** | 5/5/2008 |
| **CASE TITLE** | Reginald Brewer (2007-0062617) vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Plaintiff's second motion for leave to proceed *in forma pauperis* [5] is denied. We previously warned Plaintiff that failure to pay the filing fee or file a properly completed *in forma pauperis* application form by April 28, 2008, would result in the dismissal of the instant action. The date has passed and Plaintiff has not paid the filing fee or filed a properly completed *in forma pauperis* application form. Therefore, we dismiss the instant action.

■[ For further details see text below.]                                    Docketing to mail notices.

---

## STATEMENT

This matter is before the court on Plaintiff Reginald Brewer's ("Brewer") second motion for leave to proceed *in forma pauperis*. On April 2, 2008, we denied Brewer's first motion for leave to proceed *in forma pauperis*, since Brewer had not properly completed his *in forma pauperis* application form. We gave Brewer until April 28, 2008, to either pay the filing fee in this case or to file an accurately and properly completed *in forma pauperis* application form. We also warned Brewer that failure to pay the filing fee or file an accurately and properly completed *in forma pauperis* application form by April 28, 2008, would result in the dismissal of the instant action.

Brewer has not paid the filing fee and has instead filed a second motion for leave to proceed *in forma pauperis*. Brewer has once again failed to properly complete his *in forma pauperis* application form. Brewer has not listed the monthly salary or wages he received at his last employment and stated that his monthly salary or wages was "750 hours." (IFP Par. 2(a)). Brewer has also included contradictory statements regarding other sources of income. (IFP Par. 2). In response to the question on the *in forma pauperis* application form asking if he or anyone living with him has received more than $200 in the form of salary or wages in the last twelve months, Brewer checked "No," but then in the space provided for the amount of

**STATEMENT**

salary or wages, he wrote "100 Wefare [sic]."  (IFP Par. 3(a)).  Finally, Brewer failed to attach a statement showing all receipts, expenditures, and balances during the last six months in his prison trust account as is required on the *in forma pauperis* application form and by statute.

Brewer has thus failed to accurately and properly complete his *in forma pauperis* application form and has failed to attach a trust fund account form, and we deny Brewer's second motion for leave to proceed *in forma pauperis.*  We previously warned Brewer that failure to pay the filing fee or file a properly completed *in forma pauperis* application form by April 28, 2008, would result in the dismissal of the instant action.  The date has passed and Brewer has not paid the filing fee or filed a properly completed *in forma pauperis* application form.  Therefore, we dismiss the instant action.